# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 233 EAL 2021

              Respondent                    :

                                         :    Petition for Allowance of Appeal
                                         :    from the Order of the Superior Court
                v.                            :

                                         :

HENRY ATTICA,                        :

              Petitioner                     :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.